JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEYVA VALDEZ, JR.,<br><br>             Petitioner,<br><br>           vs.<br><br>W.L. MONTGOMERY, Warden,<br><br>             Respondent. | Case No. EDCV 16-00567-VAP (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 8, 2016

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE